AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Pugh et al  **JUDGMENT IN A CIVIL CASE**

       v.  Case Number: 05 C 7173

NVE Pharmaceuticals, Inc

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment by dismissal for want of prosecution is entered in favor of Defendant and against Plaintiffs. Civil case terminated.

Michael W. Dobbins, Clerk of Court

Date: 9/20/2006                             _____
                                                              /s/ Rhonda Johnson, Deputy Clerk